United States District Court
Southern District of Texas

**ENTERED**

March 30, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JHON KEINER NAVARRO URDANETA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00091 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>OPINION AND ORDER OF TRANSFER</u>

Petitioner, through counsel, filed this habeas case seeking relief pursuant to 28 U.S.C. § 2241.  In the Petition, Petitioner's counsel asserts he is being held at the "Coastal Bend Detention Center in Laredo, Texas."  (D.E. 1, Page 6).  The Coastal Bend Detention Center is located in Robstown, Texas, in Nueces County.  However, a review of the U.S. Immigration and Customs Enforcement locator website indicates Petitioner is located at El Valle Detention Center in Raymondville, Texas.  *See* https://locator.ice.gov/odls/#/details (last visited March 30, 2026).  The El Valle Detention Center is located in Willacy County, Texas which is within the Southern District of Texas, Brownsville Division.  28 U.S.C. § 124 (b)(4).

It is well established that a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 must be filed in the district where the prisoner is incarcerated.  *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999) (citation omitted); *see also Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000) (citations omitted).  While Petitioner filed this case in the

1 / 2

Southern District of Texas, it is more appropriately transferred to the Brownsville Division, where Petitioner is currently being held.

Rather than dismissal, the Court finds this case should be transferred. Therefore, the Clerk of Court is **ORDERED** to **TRANSFER** this case to the United States District Court for the Southern District of Texas, Brownsville Division.  All pending Motions are **DENIED** as moot and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on March 30, 2026.

Jason B. Libby
United States Magistrate Judge